## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re: 2021 Erie County Tax Sales      :
     :
Objections for the Property      :
Located at 945 E. 38th St.      :
Index No. 18-053-083.0-117.0      :
     :
Appeal of: Clair Bissell      :      No. 1149 C.D. 2022

**PER CURIAM**          **O R D E R**

NOW, June 17, 2024, having considered Appellant's application for reargument and Appellees' answers in response thereto, the application is DENIED.